UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar
Honorable Thomas P. Smith, U. S. Magistrate Judge
450 Main Street
Hartford
Second Floor - Chambers Room 258

November 3, 2003

10:00 a.m.

FILED
2003 NOV -3  P 2: 05
US DISTRICT COURT
HARTFORD CT

3-01-cv-1608   (DJS) Melendez v Armstrong
-----------------------------------------------------------------

SETTLEMENT CONFERENCE

COUNSEL OF RECORD:

| | |
|---|---|
| Ann E. Lynch | Attorney General's Office, 110 Sherman St., Hartford, CT 860-808-5400 |
| Norman A. Pattis | Williams & Pattis, 51 Elm St. Ste. 409, New Haven, CT 203-562-9931 |
| John R. Williams | Williams & Pattis, 51 Elm St. Ste. 409, New Haven, CT 203-562-9931 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

*Conf. held w/ TPS - case settled*

*Time: 3'/5"*