UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Efrain Melendez,
    Plaintiff

  - v -                        Civil No. 3-01CV1608(DJS)

John J. Armstrong,
    Defendant

ORDER

A settlement conference was held in this case November 3, 2003. The case has been settled. The parties shall file the appropriate papers within 30 days.

**IT IS SO ORDERED**

Dated at Hartford, Connecticut, this 3rd day of November, 2003.

                              **Thomas P. Smith**
                              **United States Magistrate Judge**