UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| EFRAIN MELENDEZ,<br>*Plaintiff,* | : CIVIL NO. 3:01CV1608(DJS)<br>:<br>: |
| v. | : |
| JOHN ARMSTRONG ET AL,<br>*Defendant.* | :<br>: JANUARY 5, 2004 |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties in the above entitled action hereby stipulate that the matter may be dismissed with prejudice and without costs to any party.

PLAINTIFF
EFRAIN MELENDEZ

BY John Williams, Esq
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, Ct 06510
Telephone: 203 562-9931
Fax 203 776-9494
Email:jrw@johnwilliams.com

JOHN ARMSTRONG ET AL

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:    Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel:  (860) 808-5450
Federal Bar No. Ct#08326
E-mail: ann.lynch@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this ___ day of January 2004, first class postage prepaid, to:

John Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, Ct 06510

Ann E. Lynch
Assistant Attorney General