UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **EFRAIN MELENDEZ**<br>    Plaintiff | : |
| v. | : CIVIL NO.: 3:01cv1608(DJS) |
| **JOHN ARMSTRONG, ET AL**<br>    Defendants | : |

### ORDER

The Stipulatiof Dismissal (Doc. #58) with prejudice is hereby **GRANTED.  The Clerk shall close this case.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   14th    day of January, 2004.

　　　　　　　　　　　　　　　　　　　　 /s/DJS
　　　　　　　　　　　　　　　　　　　　Dominic J. Squatrito
　　　　　　　　　　　　　　　　　　　　United States District Judge